An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE ADOPTION OF MINOR CHILDREN BY FAIRFIELD. | No. 65875 |

TERRI CHRISTIAN FAIRFIELD; AND JOEL KINGMAN FAIRFIELD,
      Appellants,
   vs.
THE STATE OF NEVADA HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES,
      Respondent.

**FILED**

OCT 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: B. Mooneyhan

cc: Chief Judge, The Tenth Judicial District
  Hon. Scott Jordan, Senior Judge
  George M. Keele
  Law Office of Karen L. Winters
  Attorney General/Reno
  Churchill County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-34378